**FILED**

October 29, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Lisa Yeh, | ) |
| | ) |
| Defendant. | ) |

Case No.  2:08-mj-383 KJM

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __Lisa Yeh__  Case _2:08-mj-383 KJM_ from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

        __  __    Release on Personal Recognizance

        __  __    Bail Posted in the Sum of _____

        __X__    Unsecured bond in the amount of $50,000

        __  __    Appearance Bond with 10% Deposit

        __  __    Appearance Bond secured by Real Property

        __  __    Corporate Surety Bail Bond

        __X__    (Other) _Probation conditions/supervision; surrender passport; travel_

_restrictions_

Issued at _Sacramento, CA_ on _10/29/08_     at  _4:22 p.m._

By _____

Kimberly J. Mueller,
United States Magistrate Judge